B6F (Official Form 6F) (12/07)

In re   Ridge Blvd. Realty, Ltd.                                     ,          Case No.   10-43380
                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Bricolage Design<br>Architects<br>6321 New Utrecht Avenue<br>Brooklyn, NY 11219 | | - | Trade claim | | | | 16,000.00 |
| Account No.<br><br>Carmine Gargano, Jr.<br>(Deceased)<br>c/o Michael Gargano<br>581 81st Street<br>Brooklyn, NY 11209 | | - | 1995<br>Loan | | | | 60,000.00 |
| Account No.<br><br>CFD Consulting, P.E.<br>8 Skytop Drive<br>Croton on Hudson, NY 10520 | | - | Trade claim | | | | 1,500.00 |
| Account No.<br><br>Elite Woodworkings<br>4 53rd Street<br>Brooklyn, NY 11232 | | - | Trade claim | | | | 5,000.00 |

  3   continuation sheets attached

Subtotal
(Total of this page)                    82,500.00

B6F (Official Form 6F) (12/07) - Cont.

In re  Ridge Blvd. Realty, Ltd. ,  Case No. 10-43380
　　　　　　　　　　Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>Environmental Control Brd<br>233 Schermerhorn Street<br>Brooklyn, NY 11201 | | - | Fines and penalties | | | | 15,000.00 |
| Account No.<br>Feld Kaminetzky & Cohen<br>237 West 35th Street<br>New York, NY 10001 | | - | Engineering services | | | | 15,850.80 |
| Account No.<br>Garg Development, Inc.<br>8311 Ridge Blvd.<br>Brooklyn, NY 11209 | | - | 2002<br>Loan (with applicable interest) | | | | 633,129.14 |
| Account No.<br>Gerardo Gargano<br>8311 Ridge Blvd.<br>Brooklyn, NY 11209 | | - | 3/6/2001<br>Loan (with applicable interest) | | | | 70,000.00 |
| Account No.<br>Jill A. Myer, Esq.<br>157 East 57th Street<br>New York, NY 10022 | | - | Legal services | | | | 1,300.00 |

Sheet no. 1 of 3 sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) 735,279.94

In re  Ridge Blvd. Realty, Ltd.,  Case No. 10-43380
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>Joel Levy<br>224 West 35th Street<br>Suite 508<br>New York, NY 10001 | | - | | | | | 25,000.00 |
| Account No.<br>Kucker & Bruh, LLP<br>747 Third Avenue<br>New York, NY 10017 | | - | Legal services | | | | 47,917.78 |
| Account No.<br>Louis J. Marcoccia<br>Receiver of Taxes<br>One Independence Hill<br>Suite 110<br>Farmingville, NY 11738-2149 | | - | | | | | 1,027.68 |
| Account No.<br>Michael Gargano<br>581 81st Street<br>Brooklyn, NY 11209 | | - | 1995<br>Loan (with applicable interest) | | | | 90,000.00 |
| Account No.<br>New York City Department<br>of Finance<br>P.O. Box 32<br>New York, NY 10008 | | - | NYC Corporation Taxes | | | | 20,465.33 |

Sheet no. 2 of 3 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  184,410.79

B6F (Official Form 6F) (12/07) - Cont.

In re  Ridge Blvd. Realty, Ltd.,  Case No. 10-43380
                Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Pine Sash Door & Lumber<br>62-02 14th Avenue<br>Brooklyn, NY 11219 | - | | Trade claim | | | | 78,112.50 |
| Account No.<br><br>Vimplex Corporation<br>8311 Ridge Blvd.<br>Brooklyn, NY 11209 | - | | | | | | 43,000.00 |
| Account No.<br><br>W.G. Plumbing & Heating<br>101 Wortman Avenue<br>Brooklyn, NY 11207 | - | | Trade claim | | | | 7,000.00 |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. 3 of 3 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  128,112.50

Total (Report on Summary of Schedules)  1,130,303.23