McBREEN & KOPKO
Kenneth A. Reynolds, Esq. (KR3808)
Attorneys for Debtor
and Debtor-in-Possession
500 North Broadway, Suite 129
Jericho, New York 11753
Tel.: (516) 364-1095
Fax: 516-364-0612
11-3540090

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------X
In re:

                                            Chapter 11
    Ridge Blvd. Realty, Ltd.,                Case No.: 10-43380 (JF)

              Debtor.

-------------------------------------------------X

### APPLICATION FOR RETENTION OF SPECIAL COUNSEL FOR DEBTOR

**TO:    THE HONORABLE JEROME FELLER**
         **UNITED STATES BANKRUPTCY JUDGE:**

      The application of Ridge Blvd. Realty, Ltd., the debtor and debtor-in-possession herein (the "Debtor"), respectfully alleges:

      1.      On April 20, 2010 (the "Filing Date"), the Debtor filed a voluntary petition (the "Petition"), for relief under Chapter 11 of Title 11 of the Bankruptcy Code, in the United States Bankruptcy Court for the Eastern District of New York, Brooklyn Division.

      2.      The first meeting of Creditors was scheduled for and took place on May 24, 2010.

      3.      The Debtor continues to operate its business, affairs and manages its assets as a debtor-in-possession pursuant to sections 1107 and 1108 of the Bankruptcy Code.

      4.      An Official Committee of Unsecured Creditors has not been appointed in this case.

5. This Application is submitted, pursuant to 11 U.S.C. Section 327(e), Rule 2014 of the Federal Rules of Bankruptcy Procedure, and Rule 2014-1 of the Local Rules of the United States Bankruptcy Court for the Eastern District of New York, in support of the annexed pre-fixed proposed order authorizing Applicant to employ the law firm of Marc E. Scollar, Esq. ("Scollar"), to represent the Debtor as special counsel in the above-captioned Chapter 11 case.

6. The Debtor has selected Scollar for the reason that it would like to commence a state court litigation against Cablevision. The Debtor is seeking injunctive relief, monetary and punitive damages based on trespassing of Cablevision on Debtor's properties located at 1437, 1441, and 1445 West 4th Street, Brooklyn, New York. The Debtor asserts that for the past ten (10) years Cablevision has been trespassing on the aforementioned properties.

7. Scollar has served as Debtor's primary and litigation counsel for over ten (10) years.

8. The terms of the employment of Scollar, agreed to by the Debtor, and subject to the approval of the Court is at a flat rate of $1,500.00, plus a twenty-five percent (25%) contingency fee arrangement. Annexed hereto as Exhibit "A" is a copy of Scollar's retainer agreement with the Debtor.

9. Scollar did not receive a pre-petition retainer from the Debtor.

10. To the best of Applicant's knowledge, information and belief, Scollar represents no interest adverse to the Debtor or the estate and has no other connection to the Debtor except to the extent Scollar has represented the Debtor pre-petition with various matters.

11. To the best of Applicant's knowledge, information and belief, Scollar has no connection with the Debtor, its creditors, or any other parties in interest, or its respective attorneys and accountants, except as otherwise set forth herein and in the accompanying

Affidavit of Marc E. Scollar, Esq.

12. No previous application for the relief sought herein has been sought by Applicant or granted by this or any other Court.

**WHEREFORE**, Applicant respectfully requests that they be authorized to employ the law firm of Marc E. Scollar, Esq. as special counsel concerning the commencement of a state court litigation, and that it be granted such other and further relief as this Court deems just and proper.

Dated: Brooklyn, New York
July 7, 2011

                                                          McBREEN & KOPKO
                                                          Attorneys for Debtor

By:   */s/ Kenneth A. Reynolds*
        Kenneth A. Reynolds, Esq.
        A Member of the Firm
        500 North Broadway, Suite 129
        Jericho, New York 11753
        (516) 364-1095